



FILED

JUN 28 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                              )    Case No. 06-20075-C-7
                                   )
TERRY ALAN MARYMEE and             )    MC No. TJS-1
DAISY JEAN MARYMEE,                )
                                   )
         Debtors.                  )
_____)


**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are
rendered in this contested matter pursuant to Federal Rule of
Civil Procedure 52 as incorporated by Federal Rules of
Bankruptcy Procedure 7052 and 9014.  Evidence was taken
pursuant to Federal Rule of Civil Procedure 43(e), as
incorporated by Federal Rule of Bankruptcy Procedure 9017 and
as invoked by Local Bankruptcy Rule 9014(e).


<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is
a core proceeding.  28 U.S.C. § 157(b)(2)(G).

32

<u>Findings of Fact</u>

Debtors filed their voluntary chapter 7 petition on January 13, 2006.  They scheduled a 2004 Ford F-150 ("vehicle") as property of the estate.  The first meeting of creditors was held on February 8, 2006.  The chapter 7 trustee filed a report finding that there is property available for distribution from the estate over and above that exempted by the debtors.  The court observes that debtors were discharged from all dischargeable debts on April 18, 2006.

On May 26, 2006, Capital One Auto Finance, ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to repossess the vehicle.  The Kelley Blue Book value of the vehicle is approximately $17,540.  Movant holds a lien on the vehicle in the approximate amount of $30,233.56.  There is no evidence of any other liens against the vehicle.

No opposition to the motion was filed.  Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

<u>Conclusions of Law</u>

The automatic stay of acts against debtors <u>in personam</u> and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge.  11 U.S.C. § 362(c).   The automatic stay may be terminated earlier if debtors fail to protect the secured party's interest adequately, § 362(d)(1), and, with

1    respect to a stay of an act against property, debtors do not
2    have equity in the property, § 362(d)(2)(A), and the property
3    is not necessary to an effective reorganization.   11 U.S.C. §
4    362(d)(2)(B).  The issue of whether the property is necessary
5    to an effective reorganization is not considered in a chapter 7
6    case because no reorganization is contemplated in a chapter 7
7    case.
8         Although the debtors do not appear to have any equity in
9    the vehicle, since the debtors were granted a discharge, the
10   motion for relief from the automatic stay is moot as to the
11   debtors.   Thus, the motion will be denied.
12        However, the motion will be granted as to the trustee.
13             An appropriate order will issue.
14        Dated: June 26, 2006

     _____
     UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and
correct copy(ies) of the attached document by placing said
copy(ies) in a postage paid envelope addressed to the person(s)
hereinafter listed and by depositing said envelope in the
United States mail or by placing said copy(ies) into an
interoffice delivery receptacle located in the Clerk's Office.

Terry & Daisy Marymee
1000 Valli Court
Redding, CA 96003

Mark Briden
691 Maraglia Drive #D
P.O. Box 493085
Redding, CA 96049-3085

John Reger
P.O. Box 933
Palo Cedro, CA 96073

Timothy J. Silverman
Soloman, Grindle, Silverman & Spinella
12651 High Bluff Drive, Suite 300
San Diego, CA 92130

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814


Dated: 6-29-06

Kelly Miller

Deputy Clerk